AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| MICHAEL L. JOHNSON | CASE NUMBER: 8:04-m- 634 - MAP |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about January 1, 2004, through on or about December 16, 2004, exact dates unknown, in Hillsborough County, in the Middle District of Florida, defendant(s) did,

    produce and distribute child pornography

in violation of Title 18, United States Code, Sections 2251(a) and 2252A(1). I further state that I am a Special Agent with Federal Bureau of Investigation, Innocent Images Task Force, and that this Complaint is based on the following facts:

    SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant
William Holland, Jr.

Sworn to before me and subscribed in my presence,

December 16, 2004        at    Tampa, Florida

MARK A. PIZZO
United States Magistrate Judge        _____
Name & Title of Judicial Officer        Signature of Judicial Officer

N:\_Criminal Cases\J\Johnson, Michael_2004R02964_ack\f_complaint_package_1.wpd

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William B. Holland Jr., being first duly sworn, state as follows:

1. Your affiant has been employed with the Federal Bureau of Investigation since March of 2002. Your affiant is assigned to the Innocent Images Task Force, members of which investigate the online sexual exploitation of children. Your affiant has participated in numerous investigations involving child pornography. Your affiant has received training for online undercover investigations involving child exploitation.

2. As a Special Agent, I am authorized to investigate violations of the laws of the Unites States and execute arrest and search warrants issued under the authority of the United States.

3. The statements contained in this affidavit are based in part on information provided by Special Agents of the FBI, conversations held with detectives and officers from state and local law enforcement agencies, information obtained from subpoenas, and my experience and background as a law enforcement officer. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause for the arrest of Michael Leroy Johnson.

## AMERICA ONLINE

4. America Online, Incorporated (AOL) is a commercial computer service which provides connection to the Internet enabling subscribers to access electronic mail (e-mail) service, instant messaging, and chat rooms. Electronic mail service is analogous to writing letters and sending them through the mail. Text messages and graphic images (photographs) can be sent to subscribers, or any person with an Internet e-mail address. Instant messaging (IM) is

real-time type-written conversation between two people who are online simultaneously. Chat rooms are electronic areas, distinct through the topic of interest, where people can chat online, and exchange graphic image files with each other. An online program entitled List Me, allows an Internet user to place his name on a list, from a particular chat room, in order to receive any graphic image files and messages sent to the "list". Each AOL subscriber must have access to a computer which communicates through a modem connected to telephone lines with the central computer system located in Vienna, Virginia. Any AOL subscriber sending or receiving e-mail accesses such service through AOL's server in Vienna. Any AOL subscriber's opened or unopened e-mail remains on the server until deleted or retrieved. Both text and graphic files can be saved to the subscriber's computer hard drive or diskettes for access and printing at any time.

## PROBABLE CAUSE

5. On November 24, 2004, the Lake County Sheriff's Office executed a search warrant at the residence of Joe Russell Burton in Altoona, Florida. Burton was the suspect in the online child exploitation case that involved the receiving and distribution of child pornography. Burton was interviewed during the execution of the search warrant. Burton confessed to receiving child pornography images from a 14-year-old male, who had taken pictures of himself using a cellular telephone with a built in camera. Burton further indicated that he assumed the child's online identity to communicate with other individuals on the Internet.

6. On November 25, 2004, Joe Burton was interviewed by Detective Chris Loyko of the Lake County Sheriff's Office. Burton indicated that he used the 14-year-old's online profile to communicate with a male named "Mike," who resides in Tampa, Florida. He informed

Detective Loyko that "Mike" used the America Online screen name: wm2nutt@AOL.com. Burton stated that he sent at least 50 to 60 images of the 14-year-old male to "Mike" via the Internet. The majority of the images were sexually explicit. In return, "Mike" would send Burton images of himself and two younger males identified as "Brett" and "Brandon." In addition, "Mike" indicated that he wanted to drive to Lake County to meet what he thought was the 14-year-old male. Burton advised the detective that he had used several other screen names to communicate with "Mike." He described "Mike" as the "Go-to-man" for images of younger boys having sex. Burton has been communicating with "mike" for years. These communications continued up until the day the search warrant was executed at Burton's residence (11/24/2004).

7. Detective Loyko viewed the images obtained through a forensic examination of Burton's computer. One of the photographs was an image of a male standing next to a vehicle. The vehicle's license tag was shown in the photograph. Detective Loyko obtained registrant information for the Florida license tag "B03BU." The car was registered to Michael Johnson of Tampa, Florida. Detective Loyko also subpoenaed America Online for the screen name: wm2nutt@AOL.com. The account was registered to Michael Johnson, residing at 8911 North Boulevard, Tampa, Florida.

8. Detective Loyko used the above information to obtain a Florida Driver's License for Michael Johnson. The photograph on Johnson's driver's license matched a description of "Mike," that Burton provided during the interview.

9. Your affiant was forwarded the images, videos, and reports from Detective Chris Loyko's investigation. Your affiant viewed the images that Detective Loyko retrieved from Joe Burton's computer. Three of the images contained child pornography depicting a male under the

3

age of 18 in sexually explicit poses. The images are titled: mvc-07roowes3.jpg, mvc-008f.jpg, and _MVC_022R.JPG. Your affiant viewed several other images of the same male depicted in the child pornography, posing nude with other adult nude males. Another image (MVC-284S.jpg) depicts the same male posed with a firearm.

10. Your affiant viewed the profiles listed on Johnson's America Online account. The profile for the screen name: "brett15m" contained images of a male that is believed to be the same depicted in the above mentioned images in paragraphs 9 and 10. During an interview with law enforcement, Burton advised that "Mike" told him (via computer) that he had two stepsons, named "Brett" and "Brandon."

11. Additionally, your affiant viewed the other images provided by Detective Loyko. Many of these images depict the same male mentioned in paragraphs 9 and 10. One image depicts the male standing next to a white Toyota Camry bearing Florida tag, "B03BU" (which law enforcement determined was registered to Michael Johnson, as discussed in paragraph 7), parked in the driveway of 8911 North Boulevard. Another image depicts the same male on top of a truck parked in the same driveway. Your affiant was able to verify the above location through surveillance (see paragraph 17).

12. Your affiant viewed the online profile for the America Online screen name: wm2nutt@AOL.com. The profile listed the following identifying information for the aforementioned screen name:

>	Name: Mike
>	Gender: Male
>	Location: Tampa, Florida

Additionally, the profile contained a photograph. Your affiant compared the photograph on the

America Online profile to the photograph on Michael Johnson's driver's license. They appeared to be the same individual.

## SUBSCRIBER ACCOUNT

13.  On November 29, 2004, pursuant to an administrative subpoena, America Online provided the following subscriber information pertaining to the screen name "wm2nutt":

>   Name: Michael Johnson
>   Address: 8911 North Boulevard, Tampa, Florida
>   Day Phone: 813-932-1916
>   Evening Phone: 813-293-0006
>   Account Status: Active

14.  Your affiant obtained a copy of Michael Leroy Johnson's Florida driver's license, license number: J525-552-57-378-0. The driver's license listed the following information pertaining to Michael Leroy Johnson:

>   Address: 8911 North Boulevard, Tampa, Florida
>   Social Security Number: 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
>   Date of Birth: 10-18-1957

15.  On December 13, 2004, your affiant obtained records from TECO Energy regarding electrical power service for 8911 North Boulevard, Tampa, Florida. The account has the following billing information:

>   Name : Mike Johnson
>   Address: 8911 North Boulevard, Tampa, Florida
>   Since: 04-18-2001

16.  A public records search (Choice Point) on Michael Johnson revealed the following information:

>   Date of Birth: 10-18-1957
>   Address: 8911 North Boulevard, Tampa, Florida

5

Social Security Number: 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

17. Per the information obtained from Johnson's Florida driver's license, the address of 8911 North Boulevard, Tampa, Florida was verified through surveillance conducted by your affiant on December 13, 2004. The residence is a one story dwelling, yellow in color, with green trim around the windows. A blue car was backed into the driveway (tag not seen) and a white Jeep Liberty bearing Delaware tag "PC 145135" was parked in the driveway. The numbers 8911 are affixed to the mailbox and to the front of the residence.

18. Your affiant obtained a criminal history for Michael Johnson with the following results:

> (a) 1976- arrested by Tampa Police Department: Carrying concealed weapon/firearm. Case was dismissed.
> (b) 1979- arrested by Hillsborough County Sheriff's Office: Aggravated assault with a weapon, Adjudication withheld, six months probation.
> (c) 1988- arrested by Tampa Police Department: Sex offense against a child (lewd and lascivious), Adjudication withheld, 120 months probation.

19. On 12-16-2004, a search warrant was executed at Michael Johnson's residence. Your affiant interviewed Johnson after advising him of his Miranda rights. Johnson indicated that he uses America Online as his Internet Service Provider. While using America Online, Johnson uses the screen name: wm2nutt@aol.com. Johnson indicated that he uses the Internet to buy and sell items on Ebay and to view "nasty" pictures. Johnson advised that he had corresponded with what he thought was the minor male referenced in paragraph 6. Johnson further advised that he had sent and received child pornography from what he thought was the minor male.

20. When asked about his preference in regards to pornography, Johnson indicated

6

that he prefers boys between the ages of 16 and 17. He obtains the images by trading files over the Internet and from a website titled "Kazaa." Johnson indicated that he has a problem with being attracted to young boys and that he needs counseling. He stated that he has not had time to get counseling, so he works longs hours to keep himself from getting into trouble.

21. Your affiant showed Johnson the images that were retrieved from Burton's computer. Johnson admitted to taking the images described in paragraph 9 with his camera. The images were taken at different locations, including Johnson's current residence. Johnson advised your affiant that the minor male was between 12 and 15 years of age when the images were taken. He advised that the minor in the images is currently 15-years-old and resides in Lakeland. Furthermore, Johnson stated that there are additional images on his computer. He recalled sending the pictures to the individual (Burton) that he thought was the 14-year-old male. He further stated that the minor male is "kind of his stepson." When asked if he had sexual intercourse with the 15-year-old male, Johnson stated that he did not want to incriminate himself by aswering the question.

22. Two of the images of child pornography taken by Johnson include the 16-year-old boyfriend of the above mentioned minor male. One of the images (DSC00134.jpg), depicts the 16-year-old male anally penetrating the 15-year-old, while the 15-year-old is using a sexual device.

23. Johnson identified one of the adult males in the pictures retrieved from Burton's computer who was depicted lying in bed with a 15-year-old boy. Both males are naked and the minor male has an erect penis. Johnson indicated that he took the photograph.

7

## CONCLUSION

24. Based on the foregoing facts, your affiant believes that there is probable cause to believe that Michael Leroy Johnson did knowingly produce and mail material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which has been produced using materials, that had been mailed, shipped, and transported interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251 and 2252A.

FURTHER, YOUR AFFIANT SAYETH NOT.

_____
William B. Holland Jr., Special Agent
Federal Bureau of Investigation

Subscribed to and sworn to before me
this __16__ day of December, 2004

_____
Mark A. Pizzo
United States Magistrate Judge