UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO.   8:05-cr-12-T27 MSS
　　　　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 2251(a)
MICHAEL LEROY JOHNSON　　　　　　　　　　18 U.S.C. § 2252A(a)(5)(B)
　　　　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 2252A(a)(1)
　　　　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 2253-Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about January, 2002 and December 16, 2004, exact date unknown, in Hillsborough County, in the Middle District of Florida,

MICHAEL LEROY JOHNSON,

defendant herein, did use, persuade, induce, entice and coerce a minor, herein identified as "Victim One" to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction, that is, a computer image entitled "mvc-07roowes3.jpg," was mailed or transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

### COUNT TWO

Between in or about January, 2003, and December 16, 2004, exact date unknown, in Hillsborough County, in the Middle District of Florida,

MICHAEL LEROY JOHNSON,

defendant herein, did use, persuade, induce, entice and coerce a minor, herein identified as "Victim Two," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction, that is, a computer image entitled "DSC00127.jpg," was mailed or transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT THREE

Beginning in or about January 2000, and continuing through on or about December 16, 2004, exact dates unknown, in Hillsborough County, in the Middle District of Florida,

### MICHAEL LEROY JOHNSON,

defendant herein, knowingly possessed child pornography, to wit: visual depictions, images and pictures of what is or appears to be, minors engaged in sexually explicit conduct, that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOUR

On or about November 10, 2004, in Hillsborough County, in the Middle District of Florida,

### MICHAEL LEROY JOHNSON,

defendant herein, did knowingly mail, transport and ship in interstate and foreign commerce by any means, including by computer, child pornography, to wit: visual

depictions, images and pictures of what is or appears to be, minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURES

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in violations alleged in Counts One through Four of this Indictment, the defendant, MICHAEL LEROY JOHNSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

   a. Any visual depiction described in Title 18, United States Code, Section 2252, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 through 2258;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. Specific property to be forfeited includes, but is not limited to:

   a. Eighty-nine (89) Compact Discs;

   b. One (1) Central Processing Unit with Memorex CD Drive;

   c. One (1) pen drive USB 512

3

      d.      One (1) Sony tape player/recorder with cassette tape

      e.      One (1) methcahinone manufactures manual;

      f.      One (1) Sony dual media camera, Serial Number 323056

      g.      Six (6) mini video cassettes

      h.      One (1) sex "Butt Banger" box.

      i.      One (1) pouch of miscellaneous sex items.

      j.      One (1) Panasonic video camera, Serial Number: L2SA10685, Model PV-DV53D

      k.      Three (3) VHS video Cassettes.

      l.      One (1) Simmons web camera

      m.      Miscellaneous papers

      n.      One (1) Tanita scale, model 14790

      o.      One (1) pink saucer with white residue.

      p.      Nine (9) cut straws.

      q.      One (1) Package of miniature plastic baggies.

      r.      One (1) bottle of empty Kettamina-1000

      s.      Four (4) miniature baggies with residue.

4.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property (substitute assets) of said defendant up to the value of the above forfeitable property.

                 A TRUE BILL,

                 *James F. Pullin, II*
                 Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
  AMANDA C. KAISER
  Assistant United States Attorney

By: _____
  ROBERT T. MONK
  Assistant United States Attorney
  Deputy Chief, General Crimes Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL LEROY JOHNSON

## INDICTMENT

Violations:

Title 18, United States Code, Sections 2251(a) and 2
Title 18, United States Code, Section 2252A(a)(5)(B)
Title 18, United States Code, Section 2252A(a)(1)

A true bill,

*James J. Pullin, II*
Foreperson

Filed in open court this 12th day

of January, A.D. 2005.

_____
Clerk

Bail $_____