UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO: 8:05-CR-12-T-27MSS

MICHAEL LEROY JOHNSON,

    Defendant.
_____/

## TRANSCRIPT OF PROCEEDINGS

| | |
|---|---|
| BEFORE: | HONORABLE MARY S. SCRIVEN<br>United States Magistrate Judge |
| TAKEN AT: | Sam Gibbons U.S. Courthouse<br>Courtroom 10A |
| DATE: | April 8, 2005 |
| TIME: | 11:00 a.m. |
| REPORTED BY: | BEVERLY ANN HUNTER<br>Notary Public<br>State of Florida at Large |

STENOGRAPHICALLY RECORDED
COMPUTER-AIDED TRANSCRIPTION

BERRYHILL & ASSOCIATES, INC.
501 East Kennedy Boulevard, Suite 1225
Tampa, Florida 33602