**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO: **8:05-CR-12-T-27MSS**              DATE: **August 25, 2005**

**HONORABLE JAMES D. WHITTEMORE**          INTERPRETER: N/A

UNITED STATES OF AMERICA                    Amanda Kaiser, AUSA
                                            Government Counsel
vs.

**MICHAEL LEROY JOHNSON**                   Alec Hall, AFPD
Defendant                                   Defense Counsel

COURT RPTR: Linda Starr                     DEPUTY CLERK: Anne H. Ohle

TIME: 9:40 - 10:40/11:30 -12:00/ 12:10-2:05    TOTAL: 3 1/2 hours

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**
**EVIDENTIARY HEARING**

_X_   Government's witnesses:  Agent Julie Kopec

_X_   Defendant is adjudged guilty on count(s) **1, 2, & 4** of the **Indictment**

_X_   Imprisonment: **50 YEARS as to Count 1; 50 YEARS as to Count 2; 40 YEARS as to Count 4.  ALL COUNTS TO RUN CONSECUTIVELY.**

_X_   The Court recommends confinement:  Butner, and or Coleman.
      ( ) Defendant reside at a Community Sanctions Center.
      ( ) Defendant participate in and receive drug and alcohol treatment & rehabilitation while incarcerated.
_____ ( ) Defendant participate in the 500 hour Intensive Drug Program, if eligible.

_X_   Supervised release: **5 YEARS as to Counts 1, 2, and 4; CONCURRENT.**

___   Probation:

_X_   Fine:  Waived

___   Restitution:  $  See Criminal Monetary Penalties - Page 5 of the Judgment for details.  Joint & Several with

_X_   Special Assessment: $**300.00**

__X__    Special conditions of () probation (**X**) supervised release.

(**X**) Defendant shall participate as directed in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

(**X**) Defendant shall participate as directed in a mental health program specializing in sex offender treatment approved by the probation officer and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph and/or computer voice stress analysis (CVSA) testing.  The results of the polygraph and/or CVSA examination may not be used as evidence in Court to prove that a violation of community supervision has occurred, but may be considered in a hearing to modify release conditions.  Further, you shall contribute to the costs of such treatment and/or polygraph testing not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance withe the Probation Office's Sliding Scale for Treatment Services.

(**X**) The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Defendant shall refrain from any unlawful use of a controlled substance.  Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

(**X**) Cooperate with collection of DNA samples as directed.

(**X**) The defendant shall register with state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer.

(**X**) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

(**X**) The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including:  schools, day-care centers, theme parks, playgrounds, etc.

(**X**) The defendant is prohibited from possessing, subscribing to or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

(**X**) The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer.  This includes access through any internet service provider, bulletin board system, or any public or private computer network systems.  The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition.  This inspection shall be no more intrusive than is necessary to ensure compliance with this condition.  The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

(**X**) The defendant shall submit to a search of his person, residence, place of business, computer, or vehicle conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to these conditions.

| | |
|---|---|
| __X__ | Defendant is remanded to custody of the U.S. Marshal. |
| __ | Defendant to surrender to () designated institution () as notified by the U.S. Marshal () on   () before   () as notified by the U.S. Marshal () as notified by the Probation Office. |
| __X__ | Count(s) **3** of the indictment/information is/are dismissed on motion of the U.S. Attorney. |
| __ | Original indictment and/or superseding indictment is/are dismissed on motion by the U.S. Attorney. |
| __X__ | Defendant advised of right to appeal and to counsel on appeal. |
| __X__ | Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant. |
| __ | Bond () continued () modified |
| __ | Government's motion for downward departure (Dkt. ) is  by the Court.  Court departs  levels. |
| __ | Defendant's motion for downward departure (Dkt. ) is  by the Court. |
| __ | Oral motion to continue sentencing by the Government/Defendant is orally .  Sentencing reset for .  Separate notice to follow. |
| __X__ | Forfeiture ordered by the Court ( ) See order.  All items listed in pre-sentence report that were seized from the defendant's residence. |

OTHER:

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level:          43
Criminal History Category:    V
Imprisonment Range:           Life
Supervised Release Range:     3 to 5 years
Restitution:  $N/A
Fine Range: $25,000 to 250,000
Special Assessment:  $300