UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES

V.                                    Case No.: 8:05-CR-12-T-27MSS

MICHAEL LEROY JOHNSON


## EXHIBIT LIST FOR SENTENCING OF MICHAEL LEROY JOHNSON


　　　　Comes now the United States, and gives notice that the United States may seek to introduce the following exhibits at the Sentencing Hearing of Michael Leroy Johnson:

|  | Dated Identified | Date Admitted |
|---|---|---|
| 1. *A thru E* CP Images of Other Local Child Victims | 8/25/05 | 8/25/05 |
| 2. *A thru J* CP Johnson Possessed | 8/25/05 | 8/25/05 |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |

　　　　The United States reserves its right to amend this list as necessary during the sentencing hearing.

Respectfully Submitted,

*[signature]*

AMANDA C. KAISER
amanda.kaiser@usdoj.gov
FL Bar No.: 0083984
400 N. Tampa St.  Suite 3200
Tampa, FL 33602
(813) 274-6135
(813) 274-6103 (fax)