# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 20, 2006

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number: 05-14889-FF**
Case Style: USA v. Michael Johnson
District Court Number: 05-00012 CR-T-27-MSS

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

c: District Court Judge

MDT-4 (12-2005)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 16, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 19 2006

THOMAS K. KAHN
CLERK

Re: Michael Johnson
v. United States
No. 06-6575
(Your No. 05-14889) ƒƒ

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk