UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO: 8:05-CR-12-T-27

MICHAEL LEROY JOHNSON.

    Defendant.
_____

## ORDER

Upon review of the record, there is no further action in this case, the Clerk's Office is directed to process the sealed exhibits within the standard Court procedures for returning exhibits and/or exhibit substitutes.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of October, 2014.

_____
United States District Judge

## NOTICE OF SEALED EXHIBITS

GOVERNMENTS EXHIBITS ONLY: The records in this case indicate that this case was disposed of more than thirty (30) days ago. The records also indicate that the Clerk's Office is in possession of various sealed exhibits used during the proceedings. Pursuant to Local Rule 5.04, you are notified that you have thirty (30) days for the removal of the sealed exhibits from the custody of the Clerk's Office, or the sealed exhibits will be destroyed, as permitted by Local Rule 5.04.

_____
Deputy Clerk